## Case No. 10,420.

O'CONNOR v. The SARAH SANDS.

[See Case No. 3,115.]